**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 06-6833**

────────────

UNITED STATES OF AMERICA,

                               Plaintiff - Appellee,

        versus

GILBERT DEVON MELVIN, a/k/a G-Boy,

                               Defendant - Appellant.

────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge.  (5:98-cr-00037-F-14)

────────────

Submitted:  June 6, 2007                   Decided:  July 6, 2007

────────────

Before WILLIAMS, Chief Judge, NIEMEYER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

────────────

Dismissed by unpublished per curiam opinion.

────────────

Gilbert Devon Melvin, Appellant Pro Se.  John Howarth Bennett,
OFFICE OF THE UNITED STATES ATTORNEY, Greenville, North Carolina,
for Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gilbert Melvin seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2000) motion and requests appointment of counsel. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Melvin has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny Melvin's motion for appointment of counsel, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED